UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Edwin Pierce Pryor                          Docket No. 5:17-CR-150-1D

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Edwin Pierce Pryor, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), was sentenced by the Honorable Charles R. Butler, Jr., U.S. District Judge (SD/AL), on April 29, 1997, to the custody of the Bureau of Prisons for a term of 293 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On September 27, 2016, pursuant to 28 U.S.C. § 2255, the defendant's term of imprisonment was reduced to 120 months followed by a 3 year term of supervised release.

Edwin Pierce Pryor was released from custody on September 29, 2016, at which time the term of supervised release commenced.

On May 9, 2017, jurisdiction of this case was transferred to the Eastern District of North Carolina.

On May 12, 2017, the court was notified that the defendant tested positive for marijuana on April 4, 2017. The probation office recommended that he be afforded an opportunity to participate in substance abuse treatment and be continued in the Surprise Urinalysis Program. The court concurred.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 17, 2017, the defendant provided a urine sample that returned positive for marijuana on May 27, 2017. On June 1, 2017, the defendant signed a Drug Admission form indicating he used marijuana on May 13, 2017. To address this continued non-compliance, the probation office is recommending that he be allowed to continue participating in substance abuse treatment, the Surprise Urinalysis Program, and participate a cognitive behavioral program (Moral Reconation Therapy) to help the defendant understand his irrational thinking. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Edwin Pierce Pryor
Docket No. 5:17-CR-150-1D
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Maurice J. Foy<br>Maurice J. Foy<br>Sr. U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8678<br>Executed On: June 01, 2017 |

## ORDER OF THE COURT

Considered and ordered this __12__ day of __Jun__, 2017, and ordered filed and made a part of the records in the above case.

__/s/ Dever__
James C. Dever III
Chief U.S. District Judge