IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-150-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EDWIN PIERCE PRYOR, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion to dismiss [D.E. 17] no later than noon on July 12, 2018.

SO ORDERED. This 11 day of July 2018.

JAMES C. DEVER III
Chief United States District Judge